IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TED CANNON,

    Defendant.

ORDER

This matter comes before the court on the Joint Status Report filed by the parties on October 16, 2023 (DE 838). The court held a status conference on October 26, 2023, and ORDERS as follows:

1. The Clerk of the Court shall schedule Defendant's arraignment during the November 28, 2023 term of court.

2. The court recommends that Defendant remain housed at Southside Regional Jail in Virginia pending these proceedings.

3. As stated on July 12, 2023, at the last-scheduled arraignment, the court has determined that the ends of justice served by granting Defendant's request for continuance outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's request shall therefore be excluded in computing Defendant's speedy

trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this \_\_\_1ST\_\_\_ day of November, 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE